**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01340-REB-NYW

SANDRA K. BACKUS,

      Plaintiff,

v.

UNIVERSITY OF COLORADO,

      Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Overruling Objections and Adopting Recommendation of United States Magistrate Judge** [#33] of Judge Robert E. Blackburn entered on March 17, 2016, it is

ORDERED that judgment shall enter in favor of the defendant and against the plaintiff, it is

FURTHER ORDERED that under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), each claim asserted in the complaint [#1] is dismissed, including all claims under Title VII, the ADEA, and any ADEA retaliation claim, it is

FURTHER ORDERED that defendant is awarded its costs to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 18th day of March, 2016.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                By:  s/  K. Finney

                              K. Finney
                              Deputy Clerk